# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) |
| | ) |
| ROGER BOULAY AND | )     Chapter 13 |
| SUSAN BOULAY, | )     Case No. 04-46239-JBR |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

### MOTION FOR RECONSIDERATION OF ORDER DATED JUNE 2, 2005

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and hereby moves this Court to reconsider the Order of June 2, 2005 overruling the Trustee's Objection to Debtors' Motion to Amend Plan and Exemptions (the "Order").

As grounds therefore, pursuant to the order of May 3, 2005, the Debtors and Trustee were to file briefs by June 2, 2005. The Order was docketed one-half hour before the Trustee filed her brief. Thus, the Trustee respectfully requests the Court reconsider the Order.

WHEREFORE, the Trustee requests that the within Motion be allowed

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: June 3, 2005

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

6/6/05 Denied. The Court considered the arguments raised in the Chapter 13 Trustee's brief (#80) both prior to entering the Court's order (#79) and upon review of the within Motion and interprets the Massachusetts statute in favor of the exemption as argued and claimed by the Debtor. /s/ Joel B. Rosenthal

81E
6/13/05