# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: _Roger R. Boulay and Susan L. Boulay_

Case Number: 04-46239 (JBR)

Chapter: 13

**MOVANT/APPLICANT/PARTIES**

#57 Objection of Ch. 13 Trustee to Debtors' Motion to Amend Plan and Exemptions; #78 Chapter 13 Trustee's and Debtors' Statement of Agreed Facts

## COURT ACTION:

- Show Cause Order ___ Released ___ Enforced
- ___ Granted ___ Approved ___ Moot
- ___ Denied ___ Denied without Prejudice
- ___ Withdrawn in Open Court
- ___ Sustained  (#57 Overruled)
- ___ Continued to: _____
- ___ Proposed Order to be Submitted by: _____
- ___ Stipulation to be Submitted by: _____
- ___ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

The Chapter 13 Trustee's objection to Exemption of the Annuity is overruled. The Massachusetts statute appears clear on its face that ¢ exemption is available for "the right or interest of any person".

SO ORDERED:

_/s/ Jill B. Rosenthal_   Dated: 6/2/05
Joel B. Rosenthal